3961 (Rev. 11-13)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RICK SNYDER
GOVERNOR

NICK A. KHOURI
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

Jerard Willyam Burton
276 N. 8 Mile Rd.
Midland, MI 48640

      Debtor

Case No. 15-21183
Chapter 13
Hon. Daniel S. Opperman

## WITHDRAWAL OF REQUEST FOR PAYMENT OF PRIORITY EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of priority expense claim (19-1) in the amount of $4,787.26, dated herein on 10/20/15.

*(signature)*

Sandra M. Braun
Departmental Technician
Department of Collections/Bankruptcy

MICHIGAN DEPARTMENT OF TREASURY • LANSING, MICHIGAN 48922
www.michigan.gov/treasury • (517) 373-3200

3961 (Rev. 11-13)



RICK SNYDER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

NICK A. KHOURI
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
Jerard Willyam Burton
276 N. 8 Mile Rd.
Midland, MI 48640

Case No. 15-21183
Chapter 13
Hon. Daniel S. Opperman

Debtor

# WITHDRAWAL OF REQUEST FOR PAYMENT OF UNSECURED EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of unsecured expense claim (19-1) in the amount of $1,127.25, dated herein on 10/20/15.

Sandra M. Braun
Departmental Technician
Department of Collections/Bankruptcy